IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE CENTRAL LABORERS' PENSION FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CAIRO, )<br>)<br>Defendant. )<br>) | NO. 06-3180 |

## OPINION

RICHARD MILLS, U.S. District Judge:

Third-party plaintiff City of Cairo moves under Federal Rule of Civil Procedure 41 to voluntarily dismiss its third-party complaint against the third-party defendants because the underlying claims have now been settled.

The motion [d/e 63] is GRANTED.  This case is CLOSED.

IT IS SO ORDERED.

ENTERED:                              April 30, 2009

FOR THE COURT:              /s Judge Richard Mills
                            United States District Judge